896

■

AFL NETWORK SERVICES,
Appellant Below–
Appellant,

v.

Thomas HEGLUND, Appellee
Below–Appellee.

No. 238, 2016

Supreme Court of Delaware.

Submitted: October 5, 2016

Decided: November 15, 2016

Court Below: Superior Court of the
State of Delaware, CA No. N15A–09–002

REVERSED.

■

The JOSEPH PENAR FAMILY TRUST,
BY its Trustee Joseph PENAR; The
Walder Family Trust, by its Trustee,
Cecile Donnamarie Newkirk; Allen
Cooper, individually; Sue Cooper, indi-
vidually; and The Allen and Sue Coo-
per Trust, by its Trustees, Allen and
Sue Cooper, Plaintiffs Below–Appel-
lants,

v.

Jasen ADAMS, David Hartcorn, and
Brian Tollefson, Defendants
Below–Appellees,

and

Premium of America, LLC, and Premi-
um Holding, LLC, Nominal Defen-
dants Below–Appellees.

No. 250, 2016

Supreme Court of Delaware.

Submitted: November 2, 2016

Decided: November 16, 2016

Court Below: Court of Chancery of the
State of Delaware, C.A. No. 10441

AFFIRMED.

■

Shelina KIRKLAND, Claimant–
Below, Appellant,

v.

TERMINIX, Employer–
Below, Appellee.

No. 317, 2016

Supreme Court of Delaware.

Submitted: November 2, 2016

Decided: November 16, 2016

Court Below: Superior Court of the
State of Delaware, C.A. No. N15A–08–003

AFFIRMED.

